COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

ZACHARIAH C. MANNING,　　　　§　　　　No. 08-20-00211-CV

　　　　　　Appellant,　　　　§　　　　Appeal from the

v.　　　　§　　　　116th District Court

DALLAS INDEPENDENT SCHOOL　　　　§　　　　of Dallas County, Texas
DISTRICT,
　　　　§　　　　(TC# DC-20-04925)

　　　　　　Appellee.　　　　§

§

**O R D E R**

The Court has received Appellee's Notice that Appellant is a Vexatious Litigant Subject to a Prefiling Order. In that notice, Appellee correctly notes that as of July 21, 2010, Appellant Zachariah Manning appears on the Office of Court Administration's List of Vexatious Litigants Subject to Prefiling Orders for having been declared a vexatious litigant in the case *Zachariah C. Manning v. Dallas Independent School District*, TC No. DC-20-04925 from the 116th District Court of Dallas County, which is the case from which the appeal originates. *See* Office of Court Administration List of Vexatious Litigants Subject to Prefiling Orders under Section 11.101, available at https://www.txcourts.gov/media/1449926/vexatious-litigants-102120.xlsx (last accessed October 27, 2020).

Appellee asserts that after Appellant was declared a vexatious litigant, Appellant on

1

October 7, 2020, filed a pro se notice of appeal of the trial court's September 29, 2020, order granting Appellee's plea to the jurisdiction without first seeking permission from the appropriate local administrative judge under TEX.CIV.PRAC. & REM.CODE ANN. § 11.1035. Appellee further asserts that this Court must automatically stay proceedings under TEX.CIV.PRAC. & REM.CODE ANN. § 11.1035(b) no later than today.

Accordingly, we **ORDER** that proceedings in this appeal are **STAYED** pending our resolution of the issue of whether Appellant's filing was made in violation of the vexatious litigant order.

We further **ORDER** Appellant to, **<u>WITHIN TEN DAYS</u>**, file a response explaining why his filing of a notice of appeal in this case was not a violation of the trial court's vexatious litigant order. **<u>FAILURE TO FILE A RESPONSE ADEQUATELY EXPLAINING THIS DISCREPANCY MAY RESULT IN THIS COURT TAKING FURTHER ACTION, INCLUDING DISMISSAL OF THIS APPEAL, IF APPROPRIATE.</u>**

IT IS SO ORDERED this 27th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.